UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON, ) | NO. CV 08-7333-ABC(CT) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING |
| ) | MAGISTRATE JUDGE'S |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| D. K. SISTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The court concurs with the magistrate judge's recommendation.

Accordingly, IT IS ORDERED THAT:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 15, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE